**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

No. 00-31165

_____

CHARLES J. TAYLOR,

Petitioner-Appellant,

VERSUS

BARON KAYLO, Warden; KEN FOSTER, Assistant;
GARY GREMILLION, Deputy,

Respondents-Appellees.

_____

CHARLES J. TAYLOR,

VERSUS

BARON KAYLO, Warden; KEN FOSTER;
GARY GREMILLION, Deputy; FULTON RABALAIS, Security,

Respondents-Appellees.

_____

Appeal from the United States District Court
For the Eastern District of Louisiana
(99-CV-444-F)

_____

July 6, 2001

Before DAVIS and JONES, Circuit Judges and PRADO[*], District Judge.

_____

[*]District Judge of the Western District of Texas, sitting by
designation.

PER CURIAM:[**]

Counsel for the State of Louisiana, in a letter to the Clerk, has waived any defense based on the statute of limitations. In light of this concession, the judgment is vacated and the case is remanded to the district court for further proceedings.

VACATED and REMANDED.

[**]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.